UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61663-CIV-ALTMAN/Hunt

**STACYE PETERSON,** individually
and on behalf of all others similarly situated,

      Plaintiff,

v.

**I.C. SYSTEM, INC**.,

      Defendant.
_____/

**ORDER REQUIRING SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES**

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **August 23, 2019**. In addition, by **August 23, 2019**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

      **DONE AND ORDERED** in Fort Lauderdale, Florida this 2nd day of August 2019.

                                                                                               _____
                                                                        **ROY K. ALTMAN
                                                                        UNITED STATES DISTRICT JUDGE**

cc: counsel of record