UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61663-CIV-ALTMAN/Hunt

**STACYE PETERSON,** *individually*
*and on behalf of all others similarly situated*,

    Plaintiff,

v.

**I.C. SYSTEM, INC.**,

    Defendant.
_____/

## ORDER

**THIS MATTER** comes before the Court upon a *sua sponte* examination of the record.

On August 26, 2019, the Court entered a Scheduling Order [ECF No. 9], requiring the parties, by September 16, 2019, to select a mediator pursuant to Local Rule 16.2 and to schedule a time, date, and place for mediation. As of this Order, the parties have not complied with the Court's Order. Nor have they requested an extension of time within which to do so.

Accordingly, the Court hereby

**ORDERS** the parties to comply with the requirements of the Scheduling Order by **September 20, 2019**. The proposed order shall be filed on the docket and emailed to altman@flsd.uscourts.gov in Word format. Failure to comply with this Order may result in dismissal without prejudice and without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 17th day of September 2019.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record