## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 0:19-CV-61663-RKA

STACYE PETERSON,

     Plaintiff,

v.

I.C. SYSTEM INC,

     Defendant.

_____/

### <u>NOTICE OF MEDIATION</u>

Plaintiff STACYE PETERSON and Defendant I.C. SYSTEM INC. (collectively, the "Parties") hereby advise this Court that the Parties have agreed upon the selection of **Steven Jaffee**, to mediate this matter. Mediation has been scheduled for **Monday, February 03, 2019** at **2:00PM** the Law Offices of Jibrael S. Hindi, **110 S.E. 6TH STREET, SUITE 1700, FORT LAUDERDALE, FLORIDA 33301**.

     DATED: September 24, 2019

Respectfully Submitted,

 /s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:    jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:    tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:    954-907-1136
Fax:    855-529-9540

*COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 24, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

  /s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259