UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61663-CIV-DIMITROULEAS

STACYE PETERSON, *individually*
*and on behalf of all others similarly situated*

    Plaintiff,
vs.

I.C. SYSTEM, INC.,

    Defendant.
_____/

## ORDER REGARDING CONSOLIDATION

THIS ORDER has been entered upon the transfer of this case from Judge Roy Altman to the undersigned. The Court has carefully reviewed the record and is otherwise fully advised in the premises.

Federal Rule of Civil Procedure 42(a) authorizes the district court to consolidate cases when the cases involve common questions of law or fact. "This rule is a codification of a trial court's inherent managerial power 'to control the disposition of the causes on its docket with the economy of time and effort for itself, for counsel and for litigants.'" *Hendrix v. Raybestos-Manhattan, Inc.*, 776 F.2d 1492, 1495 (11th Cir. 1985) (citations omitted). It appears that the following actions, now all pending before the undersigned, may be appropriate for consolidation according to the considerations set forth by the Eleventh Circuit in *Hendrix*:

    0:19-cv-60839 *Ronald D. Gentile v. I.C. System, Inc.,* filed 03/29/2019

    0:19-cv-61663 *Stacye Peterson v. I.C. System, Inc.*, filed 07/05/19;

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the Parties shall file on or before **December 18, 2019** a joint response to this order explaining why or why not these actions should be consolidated in any form.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of December, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All counsel of record